B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Mazola, Theodore C.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-0014** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1282 West Lexington**<br>**Chicago, IL**<br>ZIP Code **60607** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Mazola, Theodore C. |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: 1555 Wabash LLC, an Illinois limited liability Company | Case Number: 11-51502 | Date Filed: 12/27/11 |
| District: Northern District Of Illinois | Relationship: Affiliate | Judge: Jacqueline P. Cox |

| **Exhibit A** | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(12/11)                      Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Mazola, Theodore C.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Theodore C. Mazola**
Signature of Debtor  **Theodore C. Mazola**

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**May  8, 2013**
Date

### Signature of Attorney*

**X  /s/ DAVID K. WELCH**
Signature of Attorney for Debtor(s)
 **DAVID K. WELCH 06183621**
Printed Name of Attorney for Debtor(s)
 **Crane, Heyman, Simon, Welch & Clar**
Firm Name
 **Suite 3705**
 **135 South LaSalle Street**
 **Chicago, IL 60603-4297**
Address

 **312-641-6777  Fax: 312-641-7114**
Telephone Number
 **May  8, 2013**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Theodore C. Mazola**  
Debtor(s)

Case No.  
Chapter **11**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                                                         Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  **/s/ Theodore C. Mazola**
                     **Theodore C. Mazola**

Date:  **May  8, 2013**

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com                                                                              Best Case Bankruptcy

Certificate Number: 02645-ILN-CC-020865962



02645-ILN-CC-020865962

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>April 30, 2013</u>, at <u>8:35</u> o'clock <u>PM EDT</u>, <u>Theodore C Mazola</u> received from <u>123 Credit Counselors, Inc</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Northern District of Illinois</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   <u>April 30, 2013</u>         By:   <u>/s/Cary Hernandez</u>

Name:   <u>Cary Hernandez</u>

Title:   <u>Certified Credit Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Theodore C. Mazola**, Debtor(s)

Case No. _____
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Austin Bank of Chicago**<br>**5645 W. Lake Street**<br>**Chicago, IL 60644** | **Austin Bank of Chicago**<br>**5645 W. Lake Street**<br>**Chicago, IL 60644** | | **Contingent**<br>**Unliquidated** | 1,445,664.00 |
| **Austin Bank of Chicago**<br>**5645 W. Lake Street**<br>**Chicago, IL 60644** | **Austin Bank of Chicago**<br>**5645 W. Lake Street**<br>**Chicago, IL 60644** | **West Village Homes Rental LLC:**<br><br>**2159 W Warren #2**<br>**2324 W Jackson #2**<br>**2331 W Adams #1**<br>**2518 W Flournoy #1**<br>**2528 W Flournoy #1**<br>**2534 W Flournoy #1** | **Contingent**<br>**Unliquidated** | 1,112,843.55 |
| **Austin Bank of Chicago**<br>**5645 W. Lake Street**<br>**Chicago, IL 60644** | **Austin Bank of Chicago**<br>**5645 W. Lake Street**<br>**Chicago, IL 60644** | **West Village Homes Rental LLC**<br>**2518 W. Fournoy #3**<br>**2522 W Flournoy #3**<br>**2524 W Flournoy #3**<br>**2534 W Flournoy #3**<br>**2540 W Harrison #1** | **Contingent**<br>**Unliquidated** | 863,068.00 |
| **Austin Bank of Chicago**<br>**5645 W. Lake Street**<br>**Chicago, IL 60644** | **Austin Bank of Chicago**<br>**5645 W. Lake Street**<br>**Chicago, IL 60644** | **811 Bishop** | **Contingent**<br>**Unliquidated** | 300,000.00 |
| **Austin Bank of Chicago**<br>**5645 W. Lake Street**<br>**Chicago, IL 60644** | **Austin Bank of Chicago**<br>**5645 W. Lake Street**<br>**Chicago, IL 60644** | **Ashland Ogden Deficency Note Loan #21604** | **Contingent**<br>**Unliquidated** | 213,335.00 |
| **Austin Bank of Chicago**<br>**5645 W. Lake Street**<br>**Chicago, IL 60644** | **Austin Bank of Chicago**<br>**5645 W. Lake Street**<br>**Chicago, IL 60644** | | **Contingent**<br>**Unliquidated** | 125,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Theodore C. Mazola**                                    Case No. _____
                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Carmen DeSanto**<br>**2938 S. Normal**<br>**Chicago, IL 60616** | **Carmen DeSanto**<br>**2938 S. Normal**<br>**Chicago, IL 60616** | **New West Realty Development Corp-**<br><br>**The Debtor does not acknowledge liability for this corporate creditor of 1555 Wabash LLC, Case No. 11-51502 and** | **Contingent**<br>**Unliquidated**<br>**Disputed** | 57,031.25 |
| **Chase Bank**<br>**P.O. Box 7842**<br>**Phoenix, AZ 85062-8420** | **Chase Bank**<br>**P.O. Box 7842**<br>**Phoenix, AZ 85062-8420** | **1700 Riverwoods #306** | **Contingent**<br>**Unliquidated** | 118,000.00 |
| **Chuck Papp**<br>**8811 S. Grant**<br>**Burr Ridge, IL 60527** | **Chuck Papp**<br>**8811 S. Grant**<br>**Burr Ridge, IL 60527** | | **Disputed** | 125,000.00 |
| **City of Chicago**<br>**Department of Finance**<br>**33 N. LaSalle Street**<br>**Chicago, IL 60602** | **City of Chicago**<br>**Department of Finance**<br>**33 N. LaSalle Street**<br>**Chicago, IL 60602** | **Sherman Park LLC**<br><br>**1214 S. 52nd Street** | **Contingent**<br>**Unliquidated** | 328,000.00 |
| **City of Chicago**<br>**Department of Finance**<br>**33 N. LaSalle Street**<br>**Chicago, IL 60602** | **City of Chicago**<br>**Department of Finance**<br>**33 N. LaSalle Street**<br>**Chicago, IL 60602** | **Prairie Park LLC**<br><br>**5520 S. Prairie** | **Contingent**<br>**Unliquidated** | 1,390,000.00 |
| **Comminity Investment Corp.**<br>**222 S. Riverside Plaza**<br>**Suite 2200**<br>**Chicago, IL 60606** | **Comminity Investment Corp.**<br>**222 S. Riverside Plaza**<br>**Suite 2200**<br>**Chicago, IL 60606** | **Prairie Park LLC**<br><br>**5520 S. Prairie**<br>**Loan #842001217** | **Contingent**<br>**Unliquidated** | 456,385.00 |
| **First Merit Bank**<br>**501 W. North Avenue**<br>**Melrose Park, IL 60160** | **First Merit Bank**<br>**501 W. North Avenue**<br>**Melrose Park, IL 60160** | **North Melrose-Thatcher Woods** | **Contingent**<br>**Unliquidated**<br>**Disputed** | 7,878,234.33 |
| **Hinsdale Bank & Trust**<br>**25 E. First Street**<br>**Hinsdale, IL 60521** | **Hinsdale Bank & Trust**<br>**25 E. First Street**<br>**Hinsdale, IL 60521** | **Ashland Commercial LLC** | **Contingent**<br>**Unliquidated** | 3,000,000.00 |
| **Leaders Bank**<br>**PO Box 3516**<br>**Oak Brook, IL 60522-3516** | **Leaders Bank**<br>**PO Box 3516**<br>**Oak Brook, IL 60522-3516** | **89th Street Partners LLC-** | **Contingent**<br>**Unliquidated** | 3,810,684.00 |
| **M&M RE Holdings**<br>**c/o New West Realty**<br>**928 S. Bishop St., 2nd Floor**<br>**Chicago, IL 60607** | **M&M RE Holdings**<br>**c/o New West Realty**<br>**928 S. Bishop St., 2nd Floor**<br>**Chicago, IL 60607** | | | 210,000.00 |
| **Marc Schwartz**<br>**Rob Guttmann**<br>**333 W. Wacker Dr., Suite 1700**<br>**Chicago, IL 60606** | **Marc Schwartz**<br>**Rob Guttmann**<br>**333 W. Wacker Dr., Suite 1700**<br>**Chicago, IL 60606** | | | 470,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Theodore C. Mazola**  
          Debtor(s)

Case No.

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Marty and Murtha Rooney**<br>**2757 Botticelli Drive**<br>**Henderson, NV 89052** | **Marty and Murtha Rooney**<br>**2757 Botticelli Drive**<br>**Henderson, NV 89052** | | | **730,000.00** |
| **Private Bank**<br>**70 W. Madison**<br>**Chicago, IL 60602** | **Private Bank**<br>**70 W. Madison**<br>**Chicago, IL 60602** | **GTT Chicago LLC 1645 W Ogden Ave #715 P165** | **Contingent Unliquidated** | **304,389.00** |
| **Private Bank**<br>**70 W. Madison**<br>**Chicago, IL 60602** | **Private Bank**<br>**70 W. Madison**<br>**Chicago, IL 60602** | **GTTS Chicago LLC 1600 S Indiana #1106 P92** | **Contingent Unliquidated** | **234,046.00** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, **Theodore C. Mazola**, the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **May  8, 2013**         Signature  **/s/ Theodore C. Mazola**  
                                                     **Theodore C. Mazola**  
                                                     Debtor

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§  152 and 3571.

1555 Investors
c/o Harrison Held
333 W. Wacker Drive, Suite 1700
Chicago, IL 60606

Alberto Pagan
3221 N. Oak Park Ave.
Chicago, IL 60634

Allied Waster Service
PO Box 9001154
Louisville, KY 40290

American Express
Box 0001
Los Angeles, CA 90096-8000

Austin Bank of Chicago
5645 W. Lake Street
Chicago, IL 60644

Austin Bank of Chicago
6400 W North Ave.
Elmwood Park, IL 60707

Brown Udell Pomeranz, Ltd.
1332 N. Halsted
Suite 100
Chicago, IL 60620

C Mazola 2003 Trust
c/o New West Realty
928 S. Bishop St., 2nd Floor
Chicago, IL 60607

Carmen DeSanto
2938 S. Normal
Chicago, IL 60616

Charlotte DeSanto
2938 S. Normal
Chicago, IL 60616

Chase Bank
P.O. Box 7842
Phoenix, AZ 85062-8420

Chuck Papp
8811 S. Grant
Burr Ridge, IL 60527

Chuhak & Tecson, P.C.
30 S. Wacker Drive
26th Floor
Chicago, IL 60606-7413

City of Chicago
Department of Finance
33 N. LaSalle Street
Chicago, IL 60602

Clausen Miller PC
10 S. LaSalle Street
Chicago, IL 60603

ComEd
Payment Processing
P.O. Box 6111
Carol Stream, IL 60197-6111

Comminity Investment Corp.
222 S. Riverside Plaza
Suite 2200
Chicago, IL 60606

Cook County Treasurer
118 N. Clark
Suite 112
Chicago, IL 60602

Crystal Clear Cleaning Services
3602 N. Pine Grove Ave.
Suite 2D
Chicago, IL 60613

Department of Water
PO Box 6330
Chicago, IL 60680

Federal Rent-A-Fence
PO Box 266
West Berlin, NJ 08091

Fire Pros, Inc.
PO Box 436
Medinah, IL 60157

Firestar Communications
211 E. Ontario
Suite 700
Chicago, IL 60608

First Merit Bank
501 W. North Avenue
Melrose Park, IL 60160

Flood Brothers Disposal
PO Box 95229
Palatine, IL 60095

Fuchs & Roselli, Ltd.
440 W. Randolph
Suite 500
Chicago, IL 60606

Gremley and Biederman
PO Box 92170
Elk Grove Village, IL 60009

H.W. Lochner, Inc.
20 N. Wacker Drive
Suite 1200
Chicago, IL 60606

Harrison & Held LLP
333 W. Wacker Drive
Suite 1700
Chicago, IL 60606

Hartshorne & Plunkard, Ltd.
232 N. Carpenter Street
Chicago, IL 60607

| | | |
|---|---|---|
| Hinsdale Bank & Trust<br>25 E. First Street<br>Hinsdale, IL 60521 | M&M RE Holdings<br>c/o New West Realty<br>928 S. Bishop St., 2nd Floor<br>Chicago, IL 60607 | Panos Brothers<br>10522 S. 80th Court<br>Palos Hills, IL 60465 |
| Home Depot Credit Services<br>P.O. Box 183175<br>Columbus, OH 43218-3175 | Marc Schwartz<br>Rob Guttmann<br>333 W. Wacker Dr., Suite 1700<br>Chicago, IL 60606 | Peoples Gas<br>Chicago, IL 60687 |
| Illinois Department of Revenue<br>100 W. Randolph Street<br>7th Floor<br>Chicago, IL 60601 | Marcus & Boxerman, LLP<br>19 S. LaSalle Street<br>Suite 1500<br>Chicago, IL 60603 | Private Bank<br>70 W. Madison<br>Chicago, IL 60602 |
| Inland Electrical<br>611 W. Jefferson<br>Shorewood, IL 60404 | Marty and Murtha Rooney<br>2757 Botticelli Drive<br>Henderson, NV 89052 | Receivables Performance Managem<br>PO Box 1548<br>Lynnwood, WA 98046-1548 |
| Internal Revenue Service<br>Cincinnati, OH 45999-0025 | Meltzer, Purtill & Stelle LLC<br>1515 E. Woodfield Rd.<br>2nd Floor<br>Schaumburg, IL 60173 | Restore Construction Co., Inc.<br>11241 Melrose Ave.<br>Franklin Park, IL 60131 |
| JP Morgan Chase Bank<br>PO Box 78420<br>Phoenix, AZ 85062-8420 | Neil Lori<br>c/o Olympia Maintenance<br>3025 W. Soffel Ave.<br>Melrose Park, IL 60160 | Royal Oaks Corp.<br>7322 W 90th Street<br>Bridgeview, IL 60455 |
| L.D. Flooring Company Inc.<br>1354 Ridge Ave.<br>Elk Grove Village, IL 60007 | New West Realty Associates<br>928 Bishop Street<br>Chicago, IL 60607 | Sallie Mae<br>Dept of Education Loan Service<br>PO Box 740351<br>Atlanta, GA 30374-0351 |
| Laner Muchin<br>515 N. State<br>Suite 2800<br>Chicago, IL 60654 | New West Realty Associates LLC<br>928 S. Bishop Street<br>Chicago, IL 60607 | Sallie Mae<br>Dept of Education Loan Services<br>PO Box 9635<br>Wilkes Barre, PA 18773-9635 |
| Leaders Bank<br>PO Box 3516<br>Oak Brook, IL 60522-3516 | NW Construction<br>2001 Des Plaines Ave.<br>Forest Park, IL 60130 | Service Sanitation, Inc.<br>135 Blaine Street<br>Gary, IN 46406 |
| M&M Corporation of Chicago<br>928 S. Bishop Street<br>2nd Floor<br>Chicago, IL 60607 | P Mauro 2003 Trust<br>c/o New West Realty<br>928 S. Bishop St., 2nd Floor<br>Chicago, IL 60607 | Steinberg Advisors, Ltd.<br>5 Revere Drive<br>Northbrook, IL 60062 |

Sulzer & Shapiro, Ltd.
111 W. Washington
Suite 855
Chicago, IL 60607


Terminix Commercial
PO Box 742592
Cincinnati, OH 45274


Tom Hayes
c/o Fuchs & Roselli, Ltd.
440 W. Randolph, Suite 500
Chicago, IL 60606


Ungaretti & Harris
Three First National Plaza
70 W Madison, Suite 3500
Chicago, IL 60602


Urban Strategies, Inc.
212 W. Washington Street
Suite 1904
Chicago, IL 60606

Case 13-19450    Doc 1    Filed 05/08/13    Entered 05/08/13 09:01:22    Desc Main
              Document      Page 12 of 12